IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| T.C. GRANT, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CASE NO. 3:04-CV-188-WKW |
| | ) | (WO) |
| DONAL CAMPBELL, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

## **ORDER**

On April 17, 2006, the Magistrate Judge filed a Recommendation (Doc. # 17) in this case, finding that the petitioner's Petition for Writ of Habeas Corpus (Doc. # 1) is due to be denied. The Recommendation finds that the petitioner presents no evidence that demonstrates actual innocence and that his claims are procedurally defaulted. The petitioner filed an objection on May 1, 2006 (Doc. # 18).

After an independent and de novo review of the record, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The petitioner's objection is OVERRULED.

2. The Recommendation of the Magistrate Judge is ADOPTED.

3. The Petition for Writ of Habeas Corpus is DENIED.

4. The petitioner's claims are DISMISSED with prejudice.

An appropriate judgment will be entered.

DONE this the 5th day of May, 2006.

                                                  /s/ W. Keith Watkins
                                           UNITED STATES DISTRICT JUDGE